United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13643-ref
Gregory L Knaus                                                     Chapter 13
LeeAnne Knaus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2                 Date Rcvd: Jan 25, 2018
                              Form ID: pdf900        Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db/jdb         Gregory L Knaus,    LeeAnne Knaus,    5040 Faith Circle,    Allentown, PA 18106-9499
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13923869      +AES/ PHEAA,    POB 61047,    HARRISBURG, PA 17106-1047
13989385       CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13923870      +Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
14009981       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13923871      +Citibank (South Dakota) N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13923872       Citibank NY State NA,    PO Box 22828,    Rochester, NY 14692-2828
13923874       ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14044503      +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
                1100 Berkshire Blvd., Suite 301,    Wyomissing, PA 19610-1292
13923877       Keybank NA,    4224 Ridge Lea Road,    Buffalo, NY 14226-1016
13923878      +MACYS/DSNB,    PO Box 8218,    Mason, OH 45040-8218
13978954      +Rushmore Loan Management Services,    c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13923885       Rushmore Loan Management Services,    c/o Joshua Isaac Goldman,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13923888       Wells Fargo Bank,    P.O. Box 10438,    Des Moines, IA 50306-0438
13923889      +Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517
13923890       Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    PO Box 55004,
                Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Jan 26 2018 01:49:20      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2018 01:49:26      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:14      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13923873      +E-mail/Text: DSLBKYPRO@discover.com Jan 26 2018 01:49:25      Discover Student Loan,
                PO Box 30925,    Salt Lake City, UT 84130-0925
13945960      +E-mail/Text: DSLBKYPRO@discover.com Jan 26 2018 01:49:26      Discover Student Loans,
                PO Box 30925,    Salt Lake City, UT 84130-0925
13923875       E-mail/Text: bankruptcy.bnc@ditech.com Jan 26 2018 01:48:56      Green Tree Servicing,
                PO Box 6154,    Rapid City, SD 57709-6154
13923876       E-mail/Text: cio.bncmail@irs.gov Jan 26 2018 01:48:53      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13923879       E-mail/PDF: pa_dc_claims@navient.com Jan 26 2018 01:50:13      Navient,    P.O. Box 9640,
                Wilkes Barre, PA 18773-9640
13923880       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:08      PA Department of Revenue,
                ATTN: Bankruptcy Division,    Department 280946,    Harrisburg, PA 17128-0946
13923881       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 02:09:44
                Portfolio Recovery Assoc.,    Riverside Commerce Center,    120 Corporate Blvd., Ste. 100,
                Norfolk, VA 23502-4962
13957359       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 02:09:40
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13924758      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 01:56:27
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13948846      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:08
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13957906       E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2018 01:48:58
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13923882      +E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2018 01:48:59      Quantum3 Group, LLC,
                P.O. Box 788,    Kirkland, WA 98083-0788
13923883      +E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2018 01:48:59
                Quantum3 Group, LLC, as agent for,    Comenity Bank,    P.O. Box 788,    Kirkland, WA 98083-0788
13923884      +E-mail/PDF: rmscedi@recoverycorp.com Jan 26 2018 01:49:58      Recovery Mgmt Systems Corp.,
                25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
13923887       E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:14      Synchrony Bank,
                Recovery Management Systems,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
13984141       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2018 01:56:17      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 19

```
District/off: 0313-4           User: dlv                    Page 2 of 2                   Date Rcvd: Jan 25, 2018
                               Form ID: pdf900              Total Noticed: 39

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13923886      ##+Susquehanna Bank,    13511 Label Lane,    Hagerstown, MD 21740-2466
                                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Gregory L Knaus glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor LeeAnne  Knaus glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB et al....
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB et al....
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :

GREGORY L. KNAUS
LEEANNE KNAUS

                                                  : Bankruptcy No. 17-13643REF
            Debtor(s)                      : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                BY THE COURT

**Date: January 25, 2018**

                                                                Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

GREGORY L. KNAUS
LEEANNE KNAUS
5040 FAITH CIRCLE
ALLENTOWN,PA.18106-9499