**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re: <br><br> **GREGORY L. AND LEEANNE KNAUS,** <br><br> Debtors | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 17-13643 REF** |

### CERTIFICATE OF NO RESPONSE

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  February 15, 2018

                                        Respectfully submitted,

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                     by:    */s/ George M. Lutz*

                                        George M. Lutz, Esquire
                                        1100 Berkshire Blvd., Suite 301
                                        Wyomissing, PA  19610
                                        Attorney I.D. No. 46437
                                        Phone:  610-779-0772