**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**GREGORY L. AND LEEANNE KNAUS,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-13643 REF** |

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,913.00, of which $1,500.00 was received pre-petition, for reimbursement of actual, necessary fees and expenses in the amount of $97.12.

**BY THE COURT:**

**Date: February 20, 2018**

_____
**United States Bankruptcy Judge**

*Copies to:*

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

Gregory L. and LeeAnne Knaus
5040 Faith Circle
Allentown, PA 18106-9499

**All creditors**